# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Nyra Jean Miller-Fields, | Case No. 24-cv-1372 (NEB/DTS) |
| Plaintiff, | |
| v. | **ORDER OF RECUSAL** |
| Ryan Londregan, et al., | |
| Defendants. | |

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses himself in this matter.

Dated: April 18, 2024

                                                   __s/David T. Schultz_____
                                                   DAVID T. SCHULTZ
                                                   U.S. Magistrate Judge