UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Nyra Jean Miller-Fields, individually and as Personal Representative of the Estate of Ricky Cobb, II, | Court File No. 24-cv-01372 (NEB/TNL) |
| Plaintiff, | NOTICE OF APPEARANCE OF JANINE KIMBLE AND ANNA VEIT-CARTER |
| vs. | |
| Ryan Londregan and Brett Seide, | |
| Defendants. | |

TO: The Administrator of the Above-Named Court, and Plaintiff Nyra Jean Miller-Fields, through counsel F. Clayton Tyler, 331 – 2nd Ave. S., Minneapolis, Minnesota 55401.

PLEASE TAKE NOTICE that Assistant Attorneys General Janine Kimble and Anna Veit-Carter will appear as counsel for Defendant Brett Seide. All pleadings, orders, notices, and other documents should be directed to the undersigned.

Dated: April 25, 2024

KEITH ELLISON
Attorney General
State of Minnesota

s/ **Janine Kimble**
JANINE KIMBLE (#0392032)
ANNA VEIT-CARTER (#0392518)
Assistant Attorneys General

445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
(651) 757-1415 (Voice)
(651) 297-7206 (TTY)
janine.kimble@ag.state.mn.us

ATTORNEYS FOR DEFENDANT
BRETT SEIDE