UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Nyra Jean Miller-Fields, individually and as Personal Representative of the Estate of Ricky Cobb, II, | Court File No. 24-cv-01372 (NEB/TNL) |
| Plaintiff, | **DEFENDANT BRETT SEIDE'S MOTION TO STAY PROCEEDINGS AND FOR AN EXTENSION OF TIME TO ANSWER** |
| vs. | |
| Ryan Londregan and Brett Seide, | |
| Defendants. | |

TO: The Administrator of the Above-Named Court, and Plaintiff Nyra Jean Miller-Fields, through counsel F. Clayton Tyler, 331 – 2nd Ave. S., Minneapolis, Minnesota 55401.

Defendant Brett Seide moves the Court to stay the proceedings pending the outcome of Defendant Ryan Londregan's criminal matter currently before the court in Hennepin County District Court File No. 27-CR-24-1844, and for an extension of time to answer the Complaint (to 30 days after the motion to stay is denied or 30 days after the stay is lifted). This motion is made pursuant to federal common law and Fed. R. Civ. P. 6(b), and is based upon the files, records, and proceedings herein, including the memorandum of law filed and served with this motion.

**Signature block on following page.**

Dated: April 25, 2024

KEITH ELLISON
Attorney General
State of Minnesota

s/ **Janine Kimble**
JANINE KIMBLE (#0392032)
ANNA VEIT-CARTER (#0392518)
Assistant Attorneys General

445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
(651) 757-1415 (Voice)
(651) 297-7206 (TTY)
janine.kimble@ag.state.mn.us

ATTORNEYS FOR DEFENDANT
BRETT SEIDE