UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Nyra Jean Miller-Fields, individually and as Personal Representative of the Estate of Ricky Cobb, II,<br><br>                Plaintiff,<br><br>vs.<br><br>Ryan Londregan and Brett Seide,<br><br>                Defendants. | Court File No. 24-cv-01372 (NEB/TNL)<br><br>**NOTICE OF HEARING ON DEFENDANT BRETT SEIDE'S MOTION TO STAY PROCEEDINGS AND EXTEND TIME TO ANSWER** |

TO: The Administrator of the Above-Named Court, and Plaintiff Nyra Jean Miller-Fields, through counsel F. Clayton Tyler, 331 – 2nd Ave. S., Minneapolis, Minnesota 55401.

PLEASE TAKE NOTICE that Defendant Brett Seide's motion to stay proceedings and extend time to answer will be heard on June 6, 2024, at 1:30 p.m., before the Honorable Tony N. Leung, Magistrate Judge, in Courtroom 9W of the U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota, 55415.

Dated: April 25, 2024

KEITH ELLISON
Attorney General
State of Minnesota

s/ **Janine Kimble**
JANINE KIMBLE (#0392032)
ANNA VEIT-CARTER (#0392518)
Assistant Attorneys General

445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
(651) 757-1415 (Voice)
(651) 297-7206 (TTY)
janine.kimble@ag.state.mn.us

ATTORNEYS FOR DEFENDANT
BRETT SEIDE