UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Nyra Jean Miller-Fields, individually and as Personal Representative of the Estate of Ricky Cobb, II, | Court File No. 24-cv-01372 (NEB/TNL) |
| Plaintiff, | **MEET AND CONFER STATEMENT** |
| vs. | |
| Ryan Londregan and Brett Seide, | |
| Defendants. | |

I hereby certify that on April 19, 2024, the undersigned conferred with Plaintiff's counsel by telephone regarding Defendant Brett Seide's motion to stay proceeding and to extend time to answer. Plaintiff opposes the motion to stay but does not oppose the motion to extend time to answer.

Dated: April 25, 2024

KEITH ELLISON
Attorney General
State of Minnesota

s/ **Janine Kimble**
JANINE KIMBLE (#0392032)
ANNA VEIT-CARTER (#0392518)
Assistant Attorneys General

445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
(651) 757-1415 (Voice)
(651) 297-7206 (TTY)
janine.kimble@ag.state.mn.us

ATTORNEYS FOR DEFENDANT
BRETT SEIDE