UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Nyra Jean Miller-Fields, individually and       Court File No. 24-cv-01372 (NEB/TNL)
as Personal Representative of the Estate of
Ricky Cobb, II,

                    Plaintiff,                  **LR 7.1(f) WORD COUNT
                                                COMPLIANCE CERTIFICATE**

vs.

Ryan Londregan and Brett Seide,

                    Defendants.

    I, Janine Kimble, certify that the accompanying Memorandum of Law in support of

Defendant Brett Seide's Motion to Stay Proceedings and Extend Time complies with Local

Rule 7.1(f).  I further certify that, in preparation of this Memorandum, I used Microsoft

Word 365, and that this word processing program has been applied specifically to include

all text, including headings, footnotes, and quotations in the following word count. I further

certify that the above-referenced Memorandum contains 2,881 words.

Dated:  April 25, 2024                          KEITH ELLISON
                                                Attorney General
                                                State of Minnesota

                                                s/ **Janine Kimble**
                                                JANINE KIMBLE (#0392032)
                                                ANNA VEIT-CARTER (#0392518)
                                                Assistant Attorneys General

                                                445 Minnesota Street, Suite 1400
                                                St. Paul, Minnesota 55101-2131
                                                (651) 757-1415 (Voice)
                                                (651) 297-7206 (TTY)
                                                janine.kimble@ag.state.mn.us

                                                ATTORNEYS FOR DEFENDANT
                                                BRETT SEIDE