UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Nyra Jean Miller-Fields, individually and as Personal Representative of the Estate of Ricky Cobb, II,<br><br>                Plaintiff,<br><br>vs.<br><br>Ryan Londregan and Brett Seide,<br><br>                Defendants. | Court File No. 24-cv-01372 (NEB/TNL)<br><br>**DECLARATION OF JANINE KIMBLE IN SUPPORT OF DEFENDANT SEIDE'S MOTION TO STAY PROCEEDINGS AND FOR AN EXTENSION OF TIME TO ANSWER** |

I, Janine Kimble, Assistant Attorney General, state as follows:

    1.    I represent Defendant Brett Seide in the above-referenced matter.

    2.    Attached as **Exhibit 1** is a true and correct copy of the criminal complaint and summons filed on January 24, 2024, in the matter *State of Minnesota v. Ryan Patrick Londregan*, Hennepin Cnty. Case No. 27-CR-24-1844.

I DECLARE UNDER PENALTY OF PERJURY THAT EVERYTHING I HAVE STATED IN THIS DOCUMENT IS TRUE AND CORRECT.

                                                               s/ Janine Kimble
                                                               JANINE KIMBLE

Dated:  April 25, 2024
County of Dakota, State of Minnesota