UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Nyra Jean Miller-Fields, individually and as Personal Representative of the Estate of Ricky Cobb, II,<br><br>    Plaintiff,<br><br>vs.<br><br>Ryan Londregan and Brett Seide,<br><br>    Defendants. | Court File No. 24-cv-01372 (NEB/TNL)<br><br>**[PROPOSED] ORDER** |

The above-entitled matter came before the Court pursuant to Motion to Stay Proceedings brought by Defendant Brett Seide.

Based upon all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED:**

1. Defendant Brett Seide's Motion to Stay Proceedings (ECF No. ____) is **GRANTED**;

2. This case is stayed until the criminal case against Trooper Londregan is resolved, either by dismissal, a verdict of not guilty, or sentencing after a plea of guilty or guilty verdict, in case number 27-CR-24-1844;

3. Within seven days of the resolution of the criminal case, counsel for Defendant Seide will submit a status update;

4. The deadline for Defendants to respond to the Complaint is hereby extended to 30 days after the stay in this matter is lifted.

BY THE COURT:

Dated: _____, 2024

_____
Tony N. Leung
Magistrate Judge – U.S. District Court