UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Nyra Jean Miller-Fields, individually and as Personal Representative of the Estate of Ricky Cobb, II, | Court File No.: 24-cv-01372-NEB-DTS |
| Plaintiff, | **ACCEPTANCE OF SERVICE** |
| vs. | |
| Ryan Londregan and Brett Seide, | |
| Defendants. | |

The undersigned counsel hereby acknowledges acceptance of service of the Summons and Complaint in the above-captioned matter on behalf of Defendant Minnesota State Trooper Ryan Londregan effective April 29, 2024. As agreed between Plaintiff and Trooper Londregan, responsive pleadings for Trooper Londregan shall be due thirty (30) days from April 26, 2024.

DATED:  April 29, 2024					Respectfully Submitted,

							**MADEL PA**

							By: _____
							Christopher W. Madel (#230297)
							Todd L. Hennen (#398710)
							800 Pence Building
							800 Hennepin Avenue
							Minneapolis, MN  55403
							Telephone: 612-605-0630
							cmadel@madellaw.com
							thennen@madellaw.com


							**WOLD LAW**

							s/ *Peter Wold*
							Peter Wold (#0118382)
							331 2nd Avenue South
							Suite 705
							Minneapolis, MN 55401
							Telephone: (612) 341-2525
							Fax: (612)341-0116
							pwold@wold-law.com

							*Attorneys for Defendant Ryan Londregan*