IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Nyra Jean Miller-Fields, individually and as Personal Representative of the Estate of Ricky Cobb, II, | Court File No.: 24-cv-01372-NEB-DTS |
| Plaintiff, | NOTICE OF APPEARANCE OF PETER WOLD |
| vs. | |
| Ryan Londregan and Brett Seide, | |
| Defendants. | |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Peter Wold of the law firm Wold Law, 331 2nd Avenue South, Suite 705, Minneapolis, MN 55401, hereby enters his appearance in the above-captioned matter on behalf of Defendant Ryan Londregan.

Dated: May 2, 2024

**WOLD LAW**

/s/ Peter Wold
Peter Wold (#0118382)
331 2nd Avenue South
Suite 705
Minneapolis, MN 55401
Telephone: (612) 341-2525
Fa: (612)341-0116
pwold@wold-law.com

*Attorney for Defendant Ryan Londregan*

1