IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Nyra Jean Miller-Fields, individually and as Personal Representative of the Estate of Ricky Cobb, II,<br><br>     Plaintiff,<br><br>vs.<br><br>Ryan Londregan and Brett Seide,<br><br>     Defendants. | Court File No.: 24-cv-01372-NEB-DTS<br><br>**NOTICE OF APPEARANCE OF CHRISTOPHER W. MADEL** |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Christopher W. Madel of the law firm MADEL PA, 800 Pence Building, 800 Hennepin Avenue, Minneapolis, Minnesota 55403, hereby enters his appearance in the above-captioned matter on behalf of Defendant Ryan Londregan.

Dated: May 2, 2024

**MADEL PA**

*/s/ Christopher W. Madel*
Christopher W. Madel (230297)
800 Hennepin Ave.
800 Pence Building
Minneapolis, MN 55403
Phone: (612) 605-0630
cmadel@madellaw.com

*Attorney for Defendant Ryan Londregan*

1