UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Nyra Jean Miller-Fields, individually and as Personal Representative of the Estate of Ricky Cobb, II,<br><br>    Plaintiff,<br><br>vs.<br><br>Ryan Londregan and Brett Seide,<br><br>    Defendants. | Court File No.: 24-cv-01372-NEB-DTS<br><br>**LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE** |

  I, Christopher W. Madel, certify that Defendant Ryan Londregan's Partial Opposition to Motion to Stay complies with the word limitations set forth in D. Minn. LR 7.1(f) and (h) in that it has a word count of 828 using 13-point font. Further, said Defendant's Response in Opposition was prepared using Microsoft Word Version 16.84. To arrive at the word count set forth in this Certificate, this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations, and to exclude the caption designation, signature and any certificates of counsel.

DATED:  May 2, 2024                       Respectfully Submitted,

                                             **MADEL PA**

By: _____
      Christopher W. Madel (#230297)
      Todd L. Hennen (#398710)
      800 Pence Building
      800 Hennepin Avenue
      Minneapolis, MN  55403
      Telephone: 612-605-0630
      cmadel@madellaw.com
      thennen@madellaw.com