# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA
# MINNEAPOLIS DIVISION

| | |
|---|---|
| Nyra Jean Miller-Fields, individually and as Personal Representative of the Estate of Ricky Cobb, II, <br><br> Plaintiff, <br><br> vs. <br><br> Ryan Londregan and Brett Seide, <br><br> Defendants. | C/A No. 24-cv-01372-NEB-DTS <br><br> **LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE** |

I, Bakari T. Sellers, certify that Plaintiff's Memorandum in Opposition to Defendant Seide's Motion to Stay complies with the word limitation set forth in D. Minn. LR 7.1(f) and (h) in that it has a word count of 3,540 using 13-point font. Plaintiff's Memorandum in Opposition was prepared using Microsoft Word. To arrive at the word count set forth in this Certificate, this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations, and to exclude the caption designation, signature and any certificates of counsel.

Respectfully submitted, this 6th day of May, 2024

/s/ Bakari T. Sellers
Bakari T. Sellers* (S.C. Bar No. 79714)
Mario A. Pacella* (S.C. Bar No. 68488)
Amy E. Willbanks* (S.C. Bar No. 69331)
Matthew B. Robins* (S.C. Bar No. 103685)
Strom Law Firm, LLC

6923 North Trenholm Road, Suite 200
Columbia, SC  29206
T: (803) 252-4800
bsellers@stromlaw.com
mpacella@stromlaw.com
awillbanks@stromlaw.com
mrobins@stromlaw.com

*Admitted Pro Hac Vice


F. Clayton Tyler (MN Bar No. 11151X)
F. Clayton Tyler, P.A.
331 2nd Avenue S.
Minneapolis, MN 55401
T: (612) 333-7309
fctyler@fctyler.com


Harry M. Daniels** (GA Bar No. 234158)
The Law Offices of Harry M. Daniels, LLC
4571 Best Road, Ste 490
Atlanta, GA  30337
T: (678) 664-8529
daniels@harrymdaniels.com

**Pro Hac Vice Application Forthcoming

2