

800 PENCE BUILDING
800 HENNEPIN AVENUE
MINNEAPOLIS, MINNESOTA  55403
 (612) 605-0630
WWW.MADELLAW.COM

CHRISTOPHER W. MADEL
DIRECT DIAL
(612) 605-6601
CMADEL@MADELLAW.COM

May 7, 2024  Via CM/ECF

The Honorable Tony N. Leung
Magistrate Judge – U.S. District Court
U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Re: *Nyra Jean Miller-Fields v. Ryan Londregan and Brett Seide*
Case No. 24-CV-01372 (NEB/TNL)

Dear Magistrate Judge Leung:

We represent Defendant Ryan Londregan in the above-captioned matter, and we join in Ms. Veit-Carter's request as set forth in her May 6, 2024 letter to Your Honor. I respectfully add that it is unfair for the Court to consider Plaintiff's brief when they had the opportunity to review our client's responsive papers. We followed the U.S. District of Minnesota Court's Local Rules. There should be consequences for not following those Rules.

Respectfully submitted,

Christopher W. Madel

CC: All Counsel of Record via CM/ECF